IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLOBAL INTERACTIVE MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES, INC. <br> and AT&T COMMUNICATIONS, LLC, <br><br> Defendants. | Civil Action No. 20-cv-3125 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Global Interactive Media, Inc. states that it has no parent corporation, and that there is no publicly held corporation that owns more than 10% of its stock.

Dated: October 27, 2020

Respectfully Submitted,
Thomas G. Southard  /s/
Thomas G. Southard (#16861)
Brian S. Seal (*pro hac vice* pending)
**BUTZEL LONG, PC**
1909 K. St., N.W., Suite 500
Washington, D.C. 20006
Tel: (202) 454-2800
*Fax: (202) 454-2805*
Email: southard@butzel.com

*Attorneys for Global Interactive Media, Inc.*