# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLOBAL INTERACTIVE MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES, INC. and AT&T COMMUNICATIONS, LLC, <br><br> Defendants. | Civil Action No. 20-cv-3125 |

## **NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Global Interactive Media, Inc. voluntarily dismisses the above captioned action against all defendants without prejudice.

Dated:  October 29, 2020

Respectfully Submitted,
Thomas G. Southard  /s/
Thomas G. Southard (#16861)
Brian S. Seal (*pro hac vice* pending)
**BUTZEL LONG, PC**
1909 K. St., N.W., Suite 500
Washington, D.C. 20006
Tel: (202) 454-2800
*Fax: (202) 454-2805*
Email: southard@butzel.com

*Attorneys for Global Interactive Media, Inc.*